UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

LYDIA JANE MONDALA,     No. 11-14057

Debtor(s).
_____/

Memorandum on Motion to Vacate Dismissal
_____

      On August 22, 2012, the court ordered that this Chapter 13 case would be dismissed in 30 days if the debtor had not by then resolved the claim of the Franchise Tax Board. On September 25, 2012, the case was dismissed.

      On September 26, 2012, the debtor filed a motion to vacate the dismissal. It was not served on any creditor and cited a statute governing reopening cases, not vacating dismissals. The court was entirely unaware of the motion until this date, when an order was submitted by Mondala's counsel.

      The court declines to sign the order at this late date. The case has been closed for almost three months. Vacating the dismissal would have the effect of reinstating the automatic stay, and the court has no idea what actions creditors may have taken in reliance on the dismissal. Mondala's counsel has not acted with reasonable promptness, and the court finds no good cause to vacate the dismissal at this late date. An order will accordingly be entered denying the motion to vacate the dismissal.

Dated: December 19, 2012

Alan Jaroslovsky
U.S. Bankruptcy Judge